[No. 70042-1-I. Division One. May 12, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. COLSON RUSSELL MILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00584-7, David A. Kurtz, J., entered February 28, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70049-9-I. Division One. May 12, 2014.]

WILLIAM D. WAHL, *Appellant*, v. MICHAEL L. RITTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-10771-0, Richard D. Eadie, J., entered May 20, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Spearman, C.J., concurred in by Cox and Dwyer, JJ.

[No. 70136-3-I. Division One. May 12, 2014.]

*In the Matter of the Estate of* STUART RIPPEE.

LAURA BURWASH, *Appellant*, v. DENISE RIPPEE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-4-04207-2, Monica J. Benton, J., entered February 11, 2013. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Appelwick and Leach, JJ.

[No. 70140-1-I. Division One. May 12, 2014.]

U.S. BANK NATIONAL ASSOCIATION, *as Trustee, Respondent*, v. BLAIR LA MOTHE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-26834-9, Joan E. DuBuque, J., entered March 1, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.